Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MITCHELL A. FRIEND, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR06-5061FDB <br><br> ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DATE |

Upon the unopposed motion of Defendant to continue the trial and pretrial motions due date in the above-captioned case, and based upon the facts set forth in Defendant's motion, which are hereby incorporated by reference, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public and the defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A); therefore,

//

//

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
U.S. v. Friend/CR06-5061FDB - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON  98402
(253) 428-3800

1     IT IS HEREBY ORDERED that the trial date be continued to September 5, 2006
2 The period of delay resulting from this continuance from April 17, 2006, up to and
3 including the new trial date of September 5, 2006 , is hereby excluded for speedy trial
4 purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of computing the time
5 limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.
6     IT IS FURTHER ORDERED that the pretrial motions due date be extended to July
7 17, 2006.
8     DATED this 6th day of April, 2006.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/ James N. Turner (telephonic approval)
JAMES N. TURNER
Attorney for Defendant Mitchell Friend

s/ Michael Dion
MICHAEL DION
Assistant United States Attorney

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
U.S. v. Friend/CR06-5061FDB - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800